No. 82–1625. BOUMA ET UX. *v.* LARRY C. IVERSON, INC. Sup. Ct. Mont. Certiorari denied.

No. 82–5974. HUDSON *v.* RUSHEN, DIRECTOR, CALIFORNIA DEPARTMENT OF CORRECTIONS. C. A. 9th Cir. Certiorari denied.

No. 82–6068. BOYD ET AL. *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 82–6111. SCRUGGS *v.* JOHNSON, WARDEN, POWHATAN CORRECTIONAL CENTER (two cases). Sup. Ct. Va. Certiorari denied.

No. 82–6114. JOHNSON *v.* CALIFORNIA. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 82–6120. EVANKO *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 82–6165. NORWOOD *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 82–6205. RICHARDS ET AL. *v.* SOLEM, WARDEN, SOUTH DAKOTA STATE PENITENTIARY, ET AL. C. A. 8th Cir. Certiorari denied.

No. 82–6291. MILLER *v.* UNITED STATES POSTAL SERVICE. C. A. 5th Cir. Certiorari denied.

No. 82–6305. MERRITT *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 82–6334. HALL *v.* MARSHALL. C. A. 6th Cir. Certiorari denied.

No. 82–6335. HASLIP ET AL. *v.* STATE PUBLIC DEFENDER COMMISSION ET AL. Sup. Ct. Mo. Certiorari denied.

No. 82–6360. WILLIAMS *v.* SOWDERS. C. A. 6th Cir. Certiorari denied.